UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal Case No. 17-20489 |
| Plaintiff, | |
| | Honorable Terrence G. Berg |
| v. | |
| D-3 Manual Barajas, | |
| Defendant. | |

## ORDER TO SEAL

The government having moved to seal EXHIBITS, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the EXHIBITS be sealed until further Order of the Court.

/s/Terrence G. Berg
Terrence G. Berg
United States District Judge

Dated: January 27, 2021