UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

               Plaintiff,            Criminal Case No. 17-20489

v.

                                   Honorable Terrance G. Berg

D-3 Manual Barajas,

               Defendant.

### **Exhibit List**

Gov. Sealed Ex. 1: BOP Vaccination Records

Gov. Sealed Ex. 2: BOP Medical Records